```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 17266
    GLOSTER GRAVES
    JANET D GRAVES                        CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-0733     SSN XXX-XX-8027

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/28/2006 and was confirmed 04/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 02/25/2008.
------------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00            .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE       1136.16           .00       1136.16
FORD MOTOR CREDIT         SECURED VEHIC      13000.00        657.34       4299.23
FORD MOTOR CREDIT         UNSECURED          11652.35           .00           .00
NUMARK CREDIT UNION       CURRENT MORTG          .00            .00           .00
NUMARK CREDIT UNION       MORTGAGE ARRE       8140.20           .00        564.99
PIERCE & ASSOCIATES       NOTICE ONLY      NOT FILED            .00           .00
AT & T WIRELESS           UNSECURED        NOT FILED            .00           .00
AMOCO                     UNSECURED        NOT FILED            .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED            .00           .00
CITGO                     UNSECURED        NOT FILED            .00           .00
FORD MOTOR CREDIT         UNSECURED           4227.31           .00           .00
INGALIS HOSPITAL          UNSECURED        NOT FILED            .00           .00
JC PENNEY                 UNSECURED        NOT FILED            .00           .00
JAGMIN DENTAL             UNSECURED        NOT FILED            .00           .00
MEDICAL RECOVERY SPECIAL  UNSECURED        NOT FILED            .00           .00
NUMARK CREDIT UNION       UNSECURED           8393.52           .00           .00
PRIMARY CARE PARTNERS     UNSECURED        NOT FILED            .00           .00
SHELL OIL                 UNSECURED        NOT FILED            .00           .00
SOUTH SUBURBAN HOSPITAL   UNSECURED        NOT FILED            .00           .00
UNIONS PRIVILEGE ASSISTA  UNSECURED        NOT FILED            .00           .00
LVNV FUNDING LLC          UNSECURED           1029.63           .00           .00
LVNV FUNDING LLC          UNSECURED            928.63           .00           .00
ROUNDUP FUNDING LLC       UNSECURED            299.15           .00           .00
LORRAINE GREENBERG & ASS  DEBTOR ATTY         2,864.00                     2,864.00
TOM VAUGHN                TRUSTEE                                            648.28
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 17266 GLOSTER GRAVES & JANET D GRAVES
```

```
TRUSTEE                                    10,170.00

PRIORITY                                                           .00
SECURED                                                       6,000.38
    INTEREST                                                    657.34
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,864.00
TRUSTEE COMPENSATION                                            648.28
DEBTOR REFUND                                                      .00
                                       ----------------  ----------------
TOTALS                                     10,170.00         10,170.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE